RECEIVED
MAY 26 2016
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**SCOTT WILLIAM SUTHERLIN**

                Plaintiff(s),

vs.

                Case No. 16cv1737 PJS/KMM
                (To be assigned by Clerk of District Court)

**DENVER CAR SERVICE,**
**NATIONAL CAUSUALITY**
**COMPANY and**
**AMERICAN FAMILY INSURANCE**

                DEMAND FOR JURY TRIAL

                YES ☑    NO ☐

                Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

        Name              **Scott William Sutherlin**

        Street Address    **9300 Riverview Avenue South**

        County, City      **Hennepin County, City of Bloomington**

        State & Zip Code  **Minnesota 55425**

        Telephone Number  **(651) 395-1602**

SCANNED
MAY 26 2016
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: **Denver Car Service**

      Street Address: **4900 South Ulster Street**

      County, City: **Arapahoe County, City of Denver**

      State & Zip Code: **Colorado 80237**

   b. Defendant No. 2

      Name: **National Casuality Company**

      Street Address: **8877 North Gainey Center Drive**

      County, City: **Maricopa County, City of Scottsdale**

      State & Zip Code: **Arizona 85258**

   c. Defendant No. 3

      Name: **American Family Insurance**

      Street Address: **6000 American Parkway**

      County, City: **Dane County, City of Madison**

      State & Zip Code: **Wisconsin 53783-0001**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question    ☑ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: **Scott Sutherlin**          State of Citizenship: **Minnesota**

   Defendant No. 1: **Denver Car Service**       State of Citizenship: **Colorado**

   Defendant No. 2: **National Casuality Co.**   State of Citizenship: **Arizona**

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☑

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota
   ☑ Other: explain

   **Plaintiff resides in Minnesota and Defendants are an insured business and corporations from multiple different states.**

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

**On or about July 20, 2013, Plaintiff Scott Sutherlin was a passenger in a rental motor vehicle which was involved in a motor vehicle accident which occurred at Colfax Avenue and Osage Street in Denver, Colorado. The vehicle he was in was driven by Tera Lee Vitale, Mr. Sutherlin's significant partner. Ms. Vitale was insured by American Family Insurance Company.**

8.

**The vehicle Mr. Sutherlin was a passenger in was stopped at the time of the accident and it was struck from behind by a vehicle driven by an employee of Denver Car Service. Denver Car Service was insured by National Casuality Company.**

9.

**The force of the collision was of such a magnitude that plaintiff's vehicle was pushed into not one but two vehicles stopped in front of plaintiff's vehicle. The vehicle Mr. Sutherlin was riding in was deemed to be a total loss due to the extensive damage.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ✓
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**Plaintiff is seeking damages for medical care, lost wages, business expenses due to inability to operate a self-owned business, pain and suffering, mental anguish and future medical expenses in an amount of $800,000.00.**

4

Signed this 26TH day of MAY 2016

Signature of Plaintiff _____

Mailing Address 9300 RIVERVIEW AVE SO
BLOOMINGTON, MN 55425

Telephone Number (651) 395-1602

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

# UNITED STATE DISTRICT COURT

# DISTRICT OF MINNESOTA

Additional pages of Complaint of

Scott William Sutherlin

5. Defendant No. 3: American Family Insurance   State of Citizenship: Wisconsin

STATEMENT OF THE CLAIM

10. The driver for Denver Car Service willfully or recklessly or negligently operated a vehicle in such a manner as to drive at a high rate of speed and collide with the stopped vehicle in which Mr. Sutherlin was a passenger. But for the willful, reckless or negligent driving behavior of the Denver Car employee this accident would not have occurred.

11. Denver Car Service, by and through its employment of service persons, is responsible for the safety of the public that comes in contact with its employees. Denver Car Service was negligent in the hiring and training of its employee and is responsible for the willful, reckless and negligent acts of its employee.

12. Mr. Sutherlin sought immediate emergency help however, due to available emergency response vehicles being utilized in other areas of the city of Denver, help did not arrive for several hours.

13. Mr. Sutherlin cancelled his plans in Denver, Colorado and returned to Minnesota.

14. Upon arriving in Minnesota Mr. Sutherlin sought immediate medical care from a cervical spine specialist, Dr. Kevin Berg, D.C. Mr. Sutherlin complained of pain in his neck, right shoulder, right elbow and right knee. Dr. Berg examined Mr. Sutherlin and took x-rays. Dr. Berg's initial diagnosis was cervical strain

including multiple subluxations, and trauma injuries to the right shoulder, right elbow and right knee.

15. Mr. Sutherlin owns his own business, Scott Sutherlin Fitness & Athletic Performance. Due to the nature of his injuries and the nature of his work, Mr. Sutherlin was unable to return to work for three months after suffering injuries from the accident.

16. Mr. Sutherlin has also treated with other healthcare professionals for pain management.

16. Prior to the accident Mr. Sutherlin was an athlete and personal trainer. While he still continues to exercise and work as a personal trainer he is now limited in his abilities due to continuing pain and physical restriction.

17. Mr. Sutherlin continues to treat with Dr. Berg other professionals for pain management.

18. Due to the injuries Mr. Sutherlin received due to this accident he has permanent pain and disability.

19. Due to the nature of this accident Mr. Sutherlin continues to have fear and anxiety and mental anguish.